[No. 14071–0–I. Division One. April 21, 1986.]

DAVID C. OGBONNIA, *Appellant*, v. IN SUK CHIN,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 81–2–15388–7, Norman W. Quinn, J., entered

October 7, 1983. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Grosse, J., and Holman, J. Pro Tem.